Richard E. Anderson
Texas Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Tel. (214) 276-1545
Fax. (214) 276-1546
RAnderson@AndersonVela.com
ANDERSON VELA, LLP
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-51038 |
| Graciela M. Salinas a/k/a Graciela Marie Salinas | § | CHAPTER 13 |
| | § | |
| Debtor, | § | |

**RESPONSE TO DEBTOR'S MOTION TO DEEM THE DEBTOR CURRENT WIT HER MORTGAGE PAYMENTS OWED TO BSI FINANCIAL SERVICES**
(Objection to Proof of Claim Doc# 47)

COMES NOW, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST ("Creditor") and files its response to Debtor's Motion to Deem Debtor Current ("Debtor's Motion to Determine") and in support thereof states as follows:

1. Creditor admits to the allegations in Paragraphs 1 and 2 of Debtor's Motion to Determine.

2. As Paragraph 3 of Debtor's Motion to Determine, the allegations contained therein constitute legal argument which does not require a response, however, to the extent response is necessary, Creditor denies same. In addition, Creditor affirmatively asserts that Creditor has been in contract with Debtor by and through her attorney and it appears that Debtor has made additional payments since the filing of Creditor's response, and it appears that Debtor is currently due for her payment for

August 2018 and September 2018 and is in contact with Debtor's attorney as to proof of payment.

3. The allegations in Paragraph 4 of the Debtor's Motion to Determine constitute legal argument which do not require a response; however, to the extent an response is necessary, Creditor denies same.

WHEREFORE, Creditor prays that Debtor's Motion to Determine be denied consistent with the response set forth above and for such other relief the court deems just and proper.

Respectfully submitted,

**ANDERSON VELA, L.L.P.**
4920 Westport Drive
The Colony, Texas 75056
214.276.1545 - Telephone
214.276.1546 - Fax
Email: randerson@AndersonVela.com
**ATTORNEYS FOR MOVANT**

By: /s/ Richard Anderson
    RICHARD E. ANDERSON
    State Bar No. 01209010

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Motion to Determine was served on the 4th day of September 2018. Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

> By: /s/ Richard Anderson
> RICHARD E. ANDERSON
> State Bar No. 01209010
> 4920 Westport Drive
> The Colony, Texas 75056
> Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Graciela M. Salinas a/k/a Graciela Marie Salinas
16414 Martin Ferry Street (Property)
San Antonio, TX 78247

DEBTOR'S ATTORNEY
Ricardo Ojeda Jr.
Ojeda Law Office
4823 McCullogh Avenue,
San Antonio, TX 78212

TRUSTEE
Mary K Viegelahn
10500 Heritage Blvd, Suite 201
San Antonio, TX 78216

CREDITOR'S ATTORNEY

| | | |
|---|---|---|
| **Cathy A. Kelley**<br>Goode Casseb Jones Rikin Choate & Watson<br>2122 North Main Avenue<br>Post Office Box 120480<br>San Antonio, TX 78212-9680<br>(210) 733-6030<br>(210) 733-0330 (fax)<br>ckelley@goodelaw.com<br>  *Assigned: 04/30/2014* | representing | **Ford Motor Credit Company LLC**<br>National Bankruptcy Service Center<br>PO Box 62180<br>Colorado Springs, CO 80962<br>*(Creditor)* |
| **Donald P. Stecker**<br>Linebarger Goggan Blair & Sampson<br>711 Navarro, Suite 300<br>San Antonio, TX 78205<br>210.225.4422<br>210.226.4308 (fax)<br>don.stecker@lgbs.com<br>  *Assigned: 05/01/2014* | representing | **Bexar County**<br>Linebarger Goggan et al<br>*(Creditor)* |
| **Yoshie Valadez**<br>McCarthy & Holthus, LLP<br>1255 West 15th Street<br>Suite 1060<br>Plano, TX 75075<br>214-291-3800<br>214-291-3801 (fax)<br>mhtbkanhsselffilings@mccarthyholthus.com<br>  *Assigned: 02/03/2017* | representing | **Shellpoint Mortgage Servicing**<br>*(Creditor)* |
| **Gary W. Wright**<br>U.S. Attorney's Office<br>601 NW Loop 410, Suite 600<br>San Antonio, TX 78216<br>(210) 384-7340<br>(210) 384-7358 (fax)<br>Gary.Wright@usdoj.gov<br>  *Assigned: 05/15/2014* | representing | **Internal Revenue Service**<br>c/o Gary W. Wright<br>Assistant United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216<br>*(Creditor)* |

/s/ Richard E. Anderson
RICHARD E. ANDERSON